DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOWN CENTER AT BOCA RATON TRUST,**
Appellant,

v.

**DOROTHY JACKS,**
as Palm Beach County Property Appraiser,
Appellee.

No. 4D20-2572

[May 6, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott R. Kerner, Judge; L.T. Case No. 50-2019-CA-005792-XXXX-MB.

Paul S. Figg and Mitchell W. Berger of Berger Singerman LLP, Fort Lauderdale, for appellant.

Jay R. Jacknin and Neil B. Jagolinzer of Jacknin & Jagolinzer, P.A., West Palm Beach, for appellee Dorothy Jacks.

Ashley Moody, Attorney General, and Robert P. Elson, Senior Assistant Attorney General of the Office of the Attorney General, Revenue Litigation Bureau, Tallahassee, for appellee Intervenor Florida Department of Revenue.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***